FILED

2011 SE. 12 P 2: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk

United States District Court

450 Golden Gate Avenue

San Francisco, CA 94102-3489

E-filing

Richard W. Wieking, Clerk of Court

# CV 11 4510

(COMPLANTS AND CIVIL ANTITRUST AND ANTITRUST COMPATITIONS LAWS)

Plaintiff:

Sukit Kumvachirapitag

4947 Wrye Branch Rd.

Newton Grove, NC.  28366

snknoy@msn.com

910-901-3307

V.

Defendants':

Bill Gates, Steve Jobs, Warren Buffet, Supreme Court of the United States, Microsoft Corporations,

Apple Corporations, Google Corporations; GE. Corporations and all the Technologies Corporations the Industries; and all the

Banking Systems Sectors in the World: all the World Government's, the World IMF International Monasteries

Founds:  All the Federals Reserve Banks, all the States Banks have got the Federals Bailouts Founds and the Founded

 The Economy Stimulus Founded: The Nation's Debt of Fourteen Trillions Dollars Plus and the EU. Fourteen Trillions Dollars

Plus, the North America, the European Unions or the EU. The Asia, South East Asia, the Middle East; South America and the

Public banking and all the Privates Banking entities and sectors, the United States Governments, Federals

And the States Governments Et al.


Bill Gates:


# MICROSOFT Corp
333 S Grand Ave Ste 3300, Los Angeles, CA 90071

(213) 806-7300 Website

Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Waggener Edstrom Worldwide
Portland (503) 443-7000

The Glover Park Group
Washington, DC
(202) 337-0808

msft@microsoft.com

Phone:
(800) 285-7772 (United States)
(425) 706-4400 (International)

American Stock Transfer & Trust Company
P.O. Box 2362
New York, NY 10272-2362

Steve Jobs:

**Apple Computer World Headquarters**

1 Infinite Loop

Cupertino, CA 95014

408.996.1010

# North American Corporate Contacts

## United States

United States    **Use Express Lane** for fast, personalized service.

  1-800-275-2273

  iPhone: 1-800-MY-IPHONE (1-800-694-7466)

  Apple Rebates: 1-877-4-APL-PROMO (1-877-427-5776)

  Education Customers: 1-800-800-2775 (support), 1-800-780-5009 (sales)

  Enterprise: 1-866-752-7753

**Apple Enterprise Sales**

- 
- **(877) 412-7753**
- 
- **Apple Financial Services**
- 
  **(800) APPLE-LN (800-277-5356)**
- 
-

- Apple Government Sales
-
    (877) 412–7753

## Warren Buffett:

**Corporate Headquarters,** General Electric Company

3135 Easton Turnpike

Fairfield, CT 06828

(203) 373-2211

**Shareowner Services**

To transfer securities, write to GE Share Owner Services, c/o

The Bank of New York, P.O. Box 11002, New York, NY 10286-1002. For shareowner inquiries,

Including enrollment information and a prospectus for the Direct Purchase and Reinvestment Plan,

"GE Stock direct," write to GE Share Owner Services, c/o The Bank of New York, P.O. Box 11402,

New York, NY 10286-1402; or call (800) 786-2543 (800-STOCK-GE) or (941) 906-4657; or send an

E-mail to ge-shareowners@bankofny.com.

## Supreme Court of the United States:

Office of the Clerk

1 First Street N. E.

Washington, DC.  20543-0001

DOCKETED CASE:

NO. 10-5109

1)   MOTION TO SUES MISCROSOFT COPORATIONS AND ALL THE TECHNOLOGIES CORPORATIONS,

   THE INDUSTRIES TECHNOLOGIES, ET. AL.

   FOR SETTLING AND SETTELMENTS INSTALLMENTS:

   Corporations that have involved in stole and theft of Intellectuals' properties

   Invention technologies, Breach of the contract without any consents, and

   Infringements' of Trade secrets: Infringements' of copies rights inventions

   Technologies. Totals: 100 corporations and Over 700 Patens and more, ET. Al. The

    "Portables" laptops With the Web-cam, the Cell-phone with Web-Cam, the Digitals Cameras,

    the Auto Mobiles Hybrids with batteries Technologies, the Wind Turbine power grids

   Rechargeable Technologies, the Trains Hybrid, the Buses Hybrid, the Air plans with

   Hybrid batteries Technologies, the Boat Hybrid Technologies, the Jet Ski Hybrid

   Technologies, the Home improvements tools, and Garden Tools with hybrid

   Rechargeable Technologies, the Architectures' building with solar rechargeable

   Powers Technologies: All the "GREENS TECHNLOGIES "Inventions Corporations and

   The Industries, National and Internationals with Global GDP filled to the WTO or The

   World Trade Organizations from June, of 1998 until today and the Futures of the

   Inventions of the World and Space Explorations or the NASA Mar planetary "Spirits and

    Mar Roller "Landed on June, of 2003 until today and the Internationals Space Stations and

The Technologies, Inventions: I DID NOT GAVE THE PERMISSION OR THE CONSENT TO SALED

OR TO TRADE IN THE NATIONS OR IN THE WORLD OR GLOBAL MARKETS.

2)   MOTION TO APPEAL AND TO RECONSIDER AND TO SUE SIEF JUSTICE ROBERTS,

JOHN G. JR.  AND JUSTECE BREYER, STEPHEN, G. AND ALL THE BANKING

SYSTEMS SECTORS, FEDERAL RESEVER BANKS AND NATIONS AND INTERNATIONALS BANKING

THE WORLD IMF INTERNATIONAL'S MONETARIES FUNDS IN THE WORLD: PUBALICS BANKING,

NATIONALS BANKS, PRIVATES BANKS; NATIIONS AND BLOBAL BANKING: ANTITIES AND SECTORS

BANKING SYSTEMS IN THE WORLD:

3)   Motion to sue CHINA'S Internationals trade policies, and its world central bank's and the IMF

Internationals monetary founds; Singapore, Indonesia:   All the founds United States are keeping all in

The Federal central banks.  And all the big banks are all keeping, all the found for its own from the

Federal Billed out found.  That I got nothing that they all stolen and thief of my Invention technologies

Intellectual's properties.  They are not their own INTECTUALS PROPERTIES.  Motion to sue the

Chief justices for not interpreting the rules of laws and the orders of the Chief Justices.

In this constitutional's rules of laws and the civil antitrust and antitrust competition's

And the stolen and the thief of the intellectuals properties invention of the infringements of

Technologies.  And to Sue all The Technologies corporations and the industries sectors in all

Nations globally.  And to Sues the IMF International Monasteries Founds and global finances

Entities. The States Governments and Federals Governments all the banking sectors systems in

The world. All the Nation and Nations Banking Sectors in the world.  The national's banks and

Privates Sectors Banks; and all the Internationals Sectors banking in the world. The publicly Banks

Internationally banking systems in the world And Internets banking or the online banking,

All the World banks, the world Central banks in all nations el. al.  The nations and countries

Banking systems around the world.  The states Banks and all the Federals banks, federally

Deposits Insurance Systems, The Federal's Central Banks and all majors Credits cards, the visa

Cards, the masters Cards, Credits Cards and Debit Cards; all the discover Cards, and all the

American express credits Cards and the Businesses Cards Small business and the corporation's

Cards, the gifts cards: all The Credits cards In the World.  And all the gold's, Silvers, Coppers,

The Metals; Aluminums Alloys: The Titanium's And the Sport cars.  The Diamonds In all

Nations Around the world.  For The six Hundred Trillions Dollars Global Market and World Economic in

The past 13 Thirteen Years, until today and the tomorrow of the Nations Debts and the Deficits and the

Global Debts and the Deficits or the Futures of the World Economic and the World Markets To

Five Septillions Dollars plus into the Futures: or $600,000,000,000,000.00

Six hundred Trillions Dollars $600,000,000,000,000.00 Trillion Dollars and into the tomorrow of

Five Septillions Dollars or $5,000,000,000,000,000,000,000.00 Septillions Dollars Plus and

The Futures of the World Economic and the World of Technologies invention of the intellectual's properties:

And to have the Settlements installments: For the Settlements of $75,000,000,000.00 Billion dollars annually,

Or per years to be opening the new banking accounts to Citi Bank account; Bank of America bank account

And to the UBS AG Banks account; all to be in my name and the accounts numbers to be in my name:


Sincerely,

*Sukit N. Kumachirapitag*

09-01-2011

SUKIT N. KUMUACHIRAPITAG

PLINTIFF RPO SE.