**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11    SUKIT KUMVACHIRAPITAG,                    No. C-11-04510 DMR

12              Plaintiff,                      **SUA SPONTE JUDICIAL REFERRAL**
                                                **FOR PURPOSES OF DETERMINING**
13         v.                                   **RELATIONSHIP OF CASES**

14    BILL GATES, et al.,

15              Defendants.
      _____/
16

17         On September 12, 2011, Plaintiff Sukit Kumvachirapitag filed this *pro se* action.  Pursuant to

18    Civil Local Rule 3-12(c), the Court *sua sponte* refers this case to Judge Jeffrey S. White to

19    determine whether it is related to Case No. C-11-4405-JSW, *Kumvachirapitag v. Bill Gates, et al.*

20         IT IS SO ORDERED.

21

22    Dated:  September 21, 2011

23                                             _____
                                               DONNA M. RYU
24                                             United States Magistrate Judge

25

26

27

28