IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKIT KUMVACHIRAPITAG, | |
| Plaintiff, | No. C 11-04405 JSW |
| | No. C 11-04510 JSW |
| v. | |
| BILL GATES, et al., | **JUDGMENT** |
| Defendants. | |
| _____/ | |

Pursuant to the Court's order dismissing Plaintiff's amended complaints in these related cases without leave to amend, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in both related matters in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 12, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SUKIT KUMVACHIRAPITAG,

    Plaintiff,

v.

BILL GATES et al,

    Defendant.

                                               /

Case Number: CV11-04405 JSW
CV11-04510 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sukit Kumvachirapitag
4947 Wrye Branch Road
Newton Grove, NC 28366

Dated: October 12, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2